IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHARLIE FORD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:05-CV-67 (RLH) |
| | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant | ) |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Such proceedings shall include further evaluation of the medical evidence from Plaintiff's treating sources regarding his mental impairments, including schizoaffective disorder with auditory hallucinations as well as depression; further evaluation of Plaintiff's mental impairments in accordance with the special technique described in the regulations at 20 C.F.R.§§ 404.1520a and 416.920a; and further evaluation of Plaintiff's residual functional capacity.

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 23rd day of November, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE